UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
FEB 22 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 5:18-CR-20-GMH
18 U.S.C. § 2252(a)(4)(B)

SCOTT W. SULIK

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

1. On or about January 10, 2018, in Woodford County, in the Eastern District of Kentucky and elsewhere,

**SCOTT W. SULIK**

knowingly possessed a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, the visual depictions having involved a prepubescent minor and a minor who had not attained 12 years of age, the production of such visual depictions involved the use of a minor enaging in sexually explicit conduct, and the visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 2253**

2. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of proposing the forfeiture allegation pursuant to 18 U.S.C. § 2253.

3.  Upon conviction of the offense in violation of 18 U.S.C. § 2252(a)(4)(B) set forth in this Indictment, **SCOTT W. SULIK** shall forfeit to the United States of America any and all interest he has in the following property:

**COMPUTER AND ASSOCIATED EQUIPMENT:**

  A.  LG-K371 smartphone, serial number LGK371D629D3E4;

  B.  Lenovo Thinkpad laptop, serial number R9-8GYCY 10/11; AND

  C.  All software and peripherals which are contained on or associated with the listed electronic devices.

All pursuant to 18 U.S.C. § 2253.

**A TRUE BILL**

*/s/ Robert M. Duncan, Jr.*
ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

If any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, then not more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:** Mandatory special assessment of $100 per count pursuant to 18 U.S.C. § 3013. Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, not non-indigent Defendants convicted of certain offenses, including those in chaper 110, committed after May 29, 2015 through September 30, 2019.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed items