```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
 2                     CENTRAL DIVISION AT LEXINGTON

 3                                - - -
      UNITED STATES OF AMERICA,       .   Case No. 5:18-CR-00020
 4                                    .
                 Plaintiff,            .
 5                                    .   Lexington, Kentucky
                - v -                  .
 6                                    .   Monday, September 10, 2018
      SCOTT W. SULIK,                  .   10:06 a.m.
 7                                    .
                Defendant.             .
 8                                - - -

 9          TRANSCRIPT OF STATUS CONFERNCE PROCEEDINGS
                 BEFORE THE HONORABLE JOSEPH M. HOOD
10                UNITED STATES DISTRICT COURT JUDGE

11                                - - -

12

13    For the United States:      ANDREW T. BOONE, ESQ.
                                  Assistant U.S. Attorney
14                                United States Attorney's Office
                                  260 West Vine Street, Suite 300
15                                Lexington, Kentucky  40507

16    For the Defendant:          RACHEL DIANE YAVELAK, ESQ.
                                  Oeltgen & D'Ambruoso, PLLC
17                                120 North Mill, Suite 300
                                  Lexington, Kentucky  40507
18
      Court Reporter:             LINDA S. MULLEN, RDR, CRR
19                                Official Court Reporter
                                  101 Barr Street
20                                Lexington, Kentucky  40507

21

22    Proceedings recorded by mechanical stenography, transcript
      produced by computer.
23

24

25
```

1      (Proceedings in open court, September 10, 2018, 10:06 a.m.)
2          THE COURT:  Good morning.
3          ALL:  Good morning.
4          THE COURT:  Madam Clerk, call the first matter on, please.
5          THE CLERK:  Yes, Your Honor.  Lexington Criminal Action
6     Number 18-20, United States of America versus Scott W. Sulik,
7     called for a status conference.
8          THE COURT:  Let the record reflect that the United States
9     is present in the courtroom by counsel; that the defendant is
10    present in the courtroom with counsel.
11         Ready to proceed, Mr. Boone?
12         MR. BOONE:  Yes, Your Honor.
13         THE COURT:  Ms. Yavelak?
14         MR. BALDANI:  Yes, Your Honor.
15         THE COURT:  This matter was continued generally.  We need
16    to set a trial date, I think, right?
17         MS. YAVELAK:  Yes, Judge.
18         THE COURT:  You've got all the stuff you need?
19         MS. YAVELAK:  No, Your Honor.  Our expert, we had a
20    conference call with Mr. Boone set up so that both experts
21    could discuss matters with each other.  They are going to be
22    providing a physical extraction from the telephone, because
23    what was filed does not allow to look into the system and
24    deletions and information like that.
25         THE COURT:  You have to tell me what we're talking about

1  here.
2       MS. YAVELAK:  On the phone.
3       THE COURT:  Yeah.
4       MS. YAVELAK:  Which is one of the devices they allege
5  there was items on there.  There was a file extraction
6  provided.  We need a physical extraction because the file is
7  sort of -- I kind of look at it as more of a static thing where
8  you can see X, but you don't get to see how X got there or how
9  it arrived or if anything happened to it or got modified.
10       THE COURT:  Yes.
11       MS. YAVELAK:  And that's what our experts talked about at
12  the conference call.  And I let them know Sunday after I talked
13  to our experts that we are going to need a physical extraction
14  from the phone.  And my understanding, that is in the process
15  of being done and provided.
16       THE COURT:  How long will it take?
17       MS. YAVELAK:  That I don't know.
18       THE COURT:  Mr. Boone knows.
19       MR. BOONE:  Your Honor, I anticipate we'll have it
20  available within the week.
21       THE COURT:  Okay.
22       MS. YAVELAK:  And then Mr. Struttman is available the week
23  of September -- he can't do it on the 17th.  The week of the
24  18th, they are to view it again.  And the dates that I gave the
25  Court for trial are still available for Mr. -- my expert.

1      THE COURT:  Let's see.
2      How long do you think this will take, Mr. Boone?
3      MR. BOONE:  Approximately three days.
4      THE COURT:  October 1st, is that good for everybody?  Good
5   for your expert too, isn't it?
6      MS. YAVELAK:  It is, Your Honor.
7      THE COURT:  Okay.
8      MS. YAVELAK:  I do have one trial set for October 2nd, I
9   have no idea if that one is going to go or not.  Just so the
10  Court knows.
11     THE COURT:  Whose case is that?
12     MS. YAVELAK:  Judge Van Tatenhove, Your Honor.
13     THE COURT:  Why did you tell me it was a good date for
14  you?
15     MS. YAVELAK:  Actually, when the Court said October 1st, I
16  suddenly recalled that October 2nd was the date that he had set
17  that.
18     THE COURT:  What?
19     MS. YAVELAK:  I said actually, when the Court said
20  October 1st, it suddenly reminded me that October 2nd was when
21  he set that.
22     THE COURT:  So the other date available for your expert is
23  the week of the 29th?
24     MS. YAVELAK:  Yes, Your Honor.
25     THE COURT:  Set this for October 30th --

1         MS. YAVELAK:  Thank you, Judge.
2         THE COURT:    -- 2018, at the hour of 9:00 here at
3    Lexington.  The time between that date and this date is
4    excluded.  We've already excluded it, I guess.
5         Anything else, Mr. Boone?
6         MR. BOONE:  Your Honor, I think that the time up until
7    today has been excluded, but I would ask the Court to make a
8    finding that the time until October 30th would be excludable
9    due to the complexity of the case.
10        THE COURT:  Well, my notes that my trusty courtroom deputy
11   has put on my thing is that the trial was continued generally
12   and the time was excluded through the new trial date.
13        MR. BOONE:  That seems sufficient.
14        THE COURT:  That's what she says.  I'm not crossing her.
15        THE CLERK:  Your Honor, I think you said that at the
16   motion hearing on July 30th.  But we can put something in this
17   order.
18        THE COURT:  We'll put something in there that says the
19   time between today's date and the 30th has already been
20   excluded --
21        MR. BOONE:  That sounds sufficient.
22        THE COURT:  -- by virtue of the Court's order of such and
23   such.
24        MR. BOONE:  Thank you.
25        THE COURT:  All right.  Agree, Ms. Yavelak?

1    MS. YAVELAK:  Yes, Your Honor.

2    THE COURT:  All right.  The defendant is remanded to the

3  custody of the marshal.  Court will be in recess until 10:30.

4    (Proceedings concluded at 10:12 a.m.)

5

6

7                    C E R T I F I C A T E

8

9    I, Linda S. Mullen, RDR, CRR, do hereby certify that

10 the foregoing is a correct transcript from the record of

11 proceedings in this above-entitled matter.

12

13

14 /s/Linda S. Mullen              August 2, 2019
   Linda S. Mullen, RDR, CRR      Date of Certification
15 Official Court Reporter

16

17

18

19

20

21

22

23

24

25